UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JUAN A. POLANCO, :
:
Plaintiff, :
: 23 Civ. 7101 (JPC)
-v- :
: ORDER
JOHN DOE *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 12, 2023, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for October 10, 2023, at 11:00 a.m.  Dkt. 6.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*.  Both items were due October 3, 2023.  The parties failed to submit either.

It is hereby ORDERED that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 6 by 5:00 p.m. on October 5, 2023.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: October 4, 2023
       New York, New York

_____
                   JOHN P. CRONAN
                   United States District Judge